**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 22 2006

JAMES W McCORMACK, CLERK
By: _____
DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| VS. | 4:06CR104-05   JMM | |
| **CARTER NEAL WILCOXSON** | | **DEFENDANT** |

### ORDER

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for a bond/detention hearing following his posting bond or otherwise arranging terms of release from the custody of the federal, state, county, or local custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the U. S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his release on the criminal charges, the United States Marshal shall assume custody of the above-named Defendant and transport him to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 22nd day of March 2006.

_____
United States Magistrate Judge