IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:06cr00104-05 JMM

CARTER NEAL WILCOXSON

## AMENDED JUDGMENT & COMMITMENT

Pending before the Court is the United States' motion to amend the judgment to correct the amount of restitution to Bank of America ($1,307.00) to reflect joint and several with Courtney Johnson (docket entry #253). The motion is granted.

The judgment entered June 22, 2007 (docket entry #201) is amended to reflect that the amount of restitution to Bank of America ($1,307.00) is joint and several with co-defendant, Courtney Johnson only (4:06cr00104-01).

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Office and the financial section of the Clerk's office.

IT IS SO ORDERED this 12th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE